(23 Misc. Rep. 121.)

### PENNIMAN v. LA GRANGE.

(Supreme Court, Appellate Term. March 28, 1898.)

APPEAL FROM JUSTICE—REVERSAL.

    Where the failure of the trial justice to render judgment within eight days after the trial, and the submission of the case to him for decision, resulting, under Consolidation Act, § 1384, in a loss of jurisdiction, appears upon the face of the return, the judgment must, upon appeal to the appellate term of the supreme court, be reversed.

Appeal from Eighth district court.

Action by Samuel Penniman against Amelia J. La Grange. From a judgment in favor of defendant, plaintiff appeals. Reversed.

Argued before BEEKMAN, P. J., and GILDERSLEEVE and GIEGERICH, JJ.

William L. Mathot, for appellant.

William J. Walsh, for respondent.

BEEKMAN, P. J. The record before us shows that the trial justice lost jurisdiction of the action by his failure to render judgment within eight days after the trial, and the submission of the case to him for decision. Section 1384 of the consolidation act of the city of New York; Bloomer v. Merrill, 1 Daly, 485; Orvis v. Curtiss, 28 N. Y. Supp. 728. In the case last cited, which was decided by the general term of the court of common pleas, it was held that, where this omission appears upon the face of the return, the judgment should be re-

versed.　Such must therefore be our disposition of this appeal.　The conclusion to which we have come precludes us from reviewing the judgment on the merits.

Judgment reversed, with costs.　All concur.